In the Matter of the Application of GEORGE GRU and EUGENE DUNNE, as Coexecutors of the Estate of MARGARET H. DUNNE, Late of the County of

Kings, Deceased, Appellants, to Discover Property of the Said Estate Pursuant to Section 205 of the Surrogate's Court Act.* PATRICK J. DUNNE, Respondent.— Decree of the Surrogate's Court of Kings county unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ. [136 Misc. 250.]